**FILED**

May 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

MARIA BETANIA UZCATEGUI
CASTILLO, V.A.L.R., and V.M.L.U.,
§
§
§
Petitioners,
§
§
v.
§      NO. SA-26-CV-02936-OLG
§
ACTING DIRECTOR SYLVESTER
ORTEGA *et al.*,
§
§
§
Respondents.
§

## ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for an in-person hearing on Petitioners Maria Betania Uzcategui Castillo, V.A.L.R., and V.M.L.U.'s Petition for Writ of Habeas Corpus (Dkt. No. 1) in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Wednesday, May 13, 2026, at 1:30 P.M.**

At the hearing, Respondents Sylvester Ortega and the Warden of the South Texas Residential Center must personally appear with Petitioners Maria Betania Uzcategui Castillo, V.A.L.R., and V.M.L.U.

**IT IS FURTHER ORDERED** that Respondents' response to the Petition (Dkt. No. 1) be submitted **no later than Wednesday, May 13, 2026, at 9:00 A.M.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested at the following address:

**Warden
South Texas ICE Processing Center
566 Veterans Dr.
Pearsall, TX 78061**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Sylvester Ortega with copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested at the following address:

**Director**
**San Antonio Field Office**
**1777 NE Loop 410, Floor 15**
**San Antonio, TX 78217**

**SIGNED** on May 7, 2026.

ORLANDO L. GARCIA
United States District Judge

2