**FILED**

May 11, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA BETANIA UZCATEGUI CASTILLO, V.A.L.R., and V.M.L.U.,** | § § § § § | |
| Petitioners, | § § § | |
| v. | § § | **NO. SA-26-CV-02936-OLG** |
| **ACTING DIRECTOR SYLVESTER ORTEGA** *et al.*, | § § § § | |
| Respondents. | § § | |

## ORDER REGARDING HEARING

Before the Court is the status of the in-person hearing set for **Wednesday, May 13, 2026, at 1:30 P.M.** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on the Petition for Writ of Habeas Corpus (Dkt. No. 1). The Court previously indicated that Respondents were required to ensure Petitioner's attendance at that hearing. (Dkt. No. 4.) Upon further consideration, **IT IS HEREBY ORDERED** that Petitioners Maria Betania Uzcategui Castillo, V.A.L.R., and V.M.L.U.'s attendance at the hearing is no longer required.

**SIGNED** on May ___11___, 2026.

_____
ORLANDO L. GARCIA
United States District Judge